IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT

SEP 2 9 2007

JOSEPH FLORES,

    Plaintiff,

vs.   Civil No. 06-1163 MV/ACT

GEO SECURITY, et al.,

    Defendants.

### ORDER and JUDGMENT

**THIS MATTER** comes before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge. [Docket No. 28.]   No objections were filed.

**IT IS THEREFORE ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are hereby adopted by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint filed November 29, 2006 is dismissed without prejudice.

MARTHA VAZQUEZ, ~~SENIOR~~ CHIEF
UNITED STATES DISTRICT JUDGE